# Court of Appeals
## Tenth Appellate District of Texas

10-25-00269-CR

In re Jeremy Vance Wickman

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Jeremy Vance Wickman filed an application for a writ of habeas corpus as an original proceeding in this Court contending that he was being illegally confined and unlawfully restrained. Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In his application, Wickman does not allege that he has filed a petition for a writ of habeas corpus in the trial court and is attempting to appeal the trial court's ruling. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petition for a writ of habeas corpus filed by Jeremy Vance Wickman on August 15, 2025, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: August 18, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do not publish
OT06

